JEREMI L. CHYLINSKI
JCHYLINSKI@GRSM.COM

**MEMO ENDORSED**

**GORDON & REES** LLP

ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
PHONE: (917) 650-0050
FAX: (212) 269-5505
WWW.GORDONREES.COM

November 27, 2019

**VIA ECF**

Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150
P: (914) 390-4146

      Re:    **Domingues v. Barton Chevrolet Cadillac, *et al.*
             Case No. 7:18-cv-07772-KMK-PED**

Dear Judge Karas:

      This firm represents Defendants Barton Chevrolet Cadillac and Ronald Barton in the above-referenced action. We write with Plaintiff's counsel's consent to respectfully request a two-week adjournment to the December 4, 2019 conference before Your Honor. The reason for this request is that defense counsel is on trial in Hudson County, New Jersey, December 2 through December 6 and are unavailable to appear for the December 4 conference. This is the first adjournment request.

      The parties conferred and are available December 17, the morning of December 18, December 19, December 20, or a time thereafter convenient for Your Honor. We note that this request will affect the deadline for the parties to submit their respective pre-motion letters. The parties, therefore, also respectfully request that Your Honor reset those deadlines.

      Thank you for your consideration of this request.

*Granted. The conference is moved to 12/17/19, at 10:30*
*So Ordered.*

Respectfully submitted,

s/ *Jeremi L. Chylinski, Esq.*
Jeremi L. Chylinski, Esq.

cc:    Lia Lipman, Esq. (counsel for Plaintiff) *via* ECF

*MWK 11/29/19*

1195236/48729538v.1

ALABAMA ♦ ARIZONA ♦ CALIFORNIA ♦ COLORADO ♦ CONNECTICUT ♦ FLORIDA ♦ GEORGIA ♦ ILLINOIS ♦ MARYLAND ♦
MASSACHUSETTS ♦ MISSOURI ♦ NEVADA ♦ NEW JERSEY ♦ NEW YORK ♦ NORTH CAROLINA ♦ OREGON ♦
PENNSYLVANIA ♦ SOUTH CAROLINA ♦ SOUTH DAKOTA ♦ TEXAS ♦ VIRGINIA ♦ WASHINGTON ♦ WASHINGTON, DC