*Michael Ranis, Atty. At Law*
*Co-Lab Goshen, 45 St. John Street*
*Goshen*
*Phon*
*E-mail:*

> Application granted. The conference scheduled for June 7, 2021 at 12:00 p.m. is adjourned to June 9, 2021 at 11:30 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 61.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 4, 2021

**By ECF**

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of the State of New York
300 Quarropas Street
White Plains, NY 10601

Re: **Christine Domingues v. Barton Chevrolet Cadillac, et al., No. 7:18-cv-7772**

Dear Judge Halpern:

With Lisa Lipman, I represent plaintiff Christine Domingues in the above-referenced matter. I write seeking a short adjournment of the status conference scheduled for June 7, 2021 at 12 p.m. It happens to be my birthday, but hopefully I have a better reason. After the date was changed for the conference, I failed to note that I had just earlier scheduled a mediation for June 7.

This is the first request regarding this conference. Opposing counsel has no objection, and Ms. Lipman, Mr. Chylinski (for Defendants) and I are available most any other day that week, if that is at all convenient.

Thank you for your indulgence of this request and the probably "too much information."

Respectfully submitted,

*s/Michael Ranis*

Michael Ranis

cc: Jeremy Chylinski, Esq. (By ecf)