Case 7-18-cv-07772-PMH Document 69 Filed in NYSD on 01/05/2022 Page 1 of 2

*Michael R[anis]*
Co-Lab Gosh[en]
Goshen, [NY]
Phone: [ ]
E-mail: mra[ ]

> The parties shall file their joint voir dire, joint jury instructions, joint verdict form, and motions in limine by January 17, 2022. The parties shall file their opposition to motions in limine by January 21, 2022 at 5:00 p.m.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 69.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>         January 7, 2022

**By ECF**

Honorable Philip M. Halpern
United States District Judge
United States District Court
Southern District of the State of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    **<u>Christine Domingues v. Barton Chevrolet Cadillac, et al., No. 7:18-cv-7772</u>**

Dear Judge Halpern:

    I write on behalf of the parties and the current schedule for submission of the Jury Charges and *Motions in Limine* on Monday, January 10, 2022 – in anticipation of the January 26, 2022 Pre-Trial Conference and the February trial of this matter. Counsel Mr. Chylinski for defendants and I have been communicating in the last week and he has informed me that he and some of his family have been sick with the Covid virus for at least the last week. We have discussed that he is starting to improve, but he has had a pretty prolonged period of feeling badly.

    On his behalf, I request a one-week extension of the deadlines for submission of the jury charges, the *Voir Dire* questions, and the *Motions in Limine*. Of course, if it would assist the Court, plaintiff could still submit her *Motions in Limine* and short Trial Memorandum at the regular deadline on January 10, so that the Court at least would have some better notice of some of the issues in advance of the Pre-Trial conference on January 26. But still extending the time for submission of the Jury Charges, and defendants' response to plaintiff's Motions.

    This is the first request regarding these submissions, and clearly plaintiff joins the request.

    Thank you of course for your understanding and I hope you and your family are staying healthy during this difficult period.

                                          Respectfully submitted,

                                          *s/Michael Ranis*

                                          Michael Ranis

cc: Jeremi Chylinski, Esq. (By email & ecf)

Case 7:18-cv-07772-PMH    Document 70    Filed 01/09/22    Page 2 of 2