UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISTINE DOMINGUES,
                       Plaintiff,

v.

                                          ORDER

BARTON CHEVROLET CADILLAC, et al.,
                                          18-CV-07772-PMH

                       Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

       On January 9, 2022, the Court directed the parties to file their joint voir dire, joint jury instructions, joint verdict form, and motions *in limine* by January 17, 2022. (Doc. 70). The Court further directed the parties to file their opposition to any motions *in limine* by January 21, 2022 at 5:00 p.m. (*Id.*).

       On January 17, 2022, Plaintiff filed, *inter alia*, five separate motions *in limine*. (Docs. 74-78). Plaintiff, should she be so advised, may file one single motion in compliance with the page limits set forth in this Court's Individual Practices by January 21, 2022. Defendants' opposition to Plaintiff's motion *in limine* shall be filed by January 26, 2022 at 5:00 p.m.

       On January 18, 2022, Defendants' counsel sent a proposed verdict form to chambers via e-mail. A copy of the proposed verdict form has not been filed on the docket. The proposed verdict form fails to comply with the Court's previous orders, which directed the parties to submit a <u>joint</u> verdict form. (Docs. 68, 70). The parties are directed to promptly meet and confer and file a revised <u>joint</u> verdict form by January 21, 2022.

       The final pretrial conference currently scheduled for January 26, 2022 at 3:30 p.m. is adjourned to January 31, 2022 at 3:00 p.m.

       The Clerk of the Court is respectfully directed to strike Docs. 74, 75, 76, 77, and 78 from the docket.

Dated: White Plains, New York
       January 18, 2022

                                                _____
                                                Philip M. Halpern
                                                United States District Judge