*Michael Ranis*
*Co-Lab Goshen*
*Goshen, NY*
*Phone: (...)*
*E-mail: mra...*

**By ECF**

Honorable Phillip M. Halpern
United States District Court
Southern District of the State of New York
300 Quarropas Street
White Plains, NY 10601

> In light of the parties' representations that the case had settled in principal, the Court entered an Order on January 28, 2021, terminating the case and directing the parties that any application to re-open the case would need to be made within 45 days. Such an application was made by Plaintiffs on March 21, 2022 and granted on March 30, 2022, after Defendants responded to the request. The parties now seek additional time to maintain the action as reopened. That request is denied.
>
> It is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by May 16, 2022. Any pending motions are DISMISSED as moot.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        May 3, 2022

**Re:  Christine Domingues v. Barton Chevrolet Cadillac, et al., No. 7:18-cv-7772**

Dear Judge Halpern:

  I represent plaintiff in the above referenced matter and request that the Court reopen this case as an open action for an additional 14 days until May 16, 2022, given the deadline yesterday proposed in plaintiff's last request.   Please excuse my tardiness this morning since I had yesterday a difficult reaction to vaccination.

  The parties have executed the settlement documents.   I am told that defendants issued settlement checks for the wrong amounts, and have been endeavoring to correct that issue during the last ten days.  Counsel assures me it is forthcoming shortly. Defendant has no objection to permitting the case to be reopened for this short period.

            Respectfully submitted,

            *s/Michael Ranis*

            Michael Ranis

cc: Jeremi Chylinski, Esq. (by ecf)
  Lisa Lipman, Esq. (by ecf)